# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

GREG SOUTHALL

      Plaintiff

  v.

                                                       **Civil Action No.  1:21-cv-39**

AVI FOOD SYSTEMS, INC.

      Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____ .

_X_ Other:  This case is DISMISSED.  Judgment is ENTERED in favor of Defendant AVI Food Systems, Inc and against the Plaintiff Greg Southall.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Holly A. Brady on a Report and Recommendation by Magistrate Judge and a Motion for Summary Judgment by Defendant.

DATE: 8/19/2022                        GARY T. BELL, CLERK OF COURT

                                                      by   s/ M. Murray_____
                                                        *Signature of Clerk or Deputy Clerk*