# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

GREG SOUTHALL

        Plaintiff

  v.

                                                                          Civil Action No. 1:21-cv-39

AVI FOOD SYSTEMS, INC.

        Defendant

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other:  Judgment is ENTERED in favor of Defendant AVI Food Systems, Inc and against the Plaintiff Greg Southall.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Holly A. Brady on a Report and Recommendation by Magistrate Judge and a Motion for Summary Judgment by Defendant.

DATE: 8/19/2022                        GARY T. BELL, CLERK OF COURT

                                                  by  s/ M. Murray_____
                                                  *Signature of Clerk or Deputy Clerk*